***UNITED STATES DISTRICT COURT***
***WESTERN DISTRICT OF TENNESSEE***
***Western Division***
***Office of the Clerk***

***Wendy R. Oliver, Clerk***
***242 Federal Building***
***167 N. Main Street***
***Memphis, Tennessee 38103***
***(901) 495-1200***

***Deputy-in-Charge***
***U. S. Courthouse, Room 262***
***111 South Highland Avenue***
***Jackson, Tennessee 38301***
***(713) 421-9200***

---

**NOTICE OF SETTING**
**Before Judge Mark S. Norris, United States District Judge**

---

September 8, 2026

RE: 2:26cr20260-MSN
*USA v. HERNANDEZ GOVAN* (in custody)

Dear Sir/Madam:

**A CHANGE OF PLEA HEARING** has been **SET** before **Judge Mark S. Norris** on **WEDNESDAY, SEPTEMBER 16, 2026** at **03:00 PM** in **Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee**.

Please submit the proposed plea agreement, a summary of the elements of the offense(s) charges and the statutory penalties to chambers at least one (1) day in advance of the change of plea hearing by emailing it to: ECF_Judge_Norris@tnwd.uscourts.gov.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
WENDY R. OLIVER, CLERK

BY: s/ *Zandra Frazier*
Zandra Frazier, Case Manager
901-495-1276
E-mail: Zandra_Frazier@tnwd.uscourts.gov